UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| **RICHARD SHEDRICK,** | : | VIOLATIONS: |
| **Defendant.** | : | 21 U.S.C. §841(a)(1) and §841(b)(C) |
| | : | (Unlawful Possession With Intent Distribute |
| | : | Cocaine Base); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |
| | : | 48 D.C.C. §904.01(a)(1) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | a Controlled Substance) |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about December 10, 2004, within the District of Columbia, **RICHARD SHEDRICK**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT TWO

On or about December 10, 2004, within the District of Columbia, **RICHARD SHEDRICK**, did unlawfully, knowingly and intentionally possess with intent to distribute a quantity of cocaine base, also known as crack, a Schedule II controlled substance.

>(**Unlawful Possession With Intent to Distribute a Controlled Substance**, in violation of Title 48, District of Columbia Code, Section 904.01(a)(1))

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY: _____
EMORY COLE
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4838
Washington, D.C. 20530
(202) 616-3388