**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CRIM. NO. 05-363 (RMU)** |
| | ) | |
| | ) | |
| **RICHARD SHEDRICK** | ) | |

**DEFENDANTS' MOTION TO RE-SCHEDULE PLEA HEARING**
**AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the defendant, through undersigned counsel, and respectfully moves this Court to re-schedule the plea hearing currently set for October 11, 2005 at 11:00 A..M..  In support of this motion defendant states as follows:

1.  On or about September 27, 2005, the parties appeared for a disposition hearing in 05-57.  However, the case had to be continued because a Criminal Information had to first be filed in Mr. Shedrick's case.  The parties were excused that day, and advised that the matter would be re-scheduled once the necessary papers were filed.

2.  Thereafter, the case was re-scheduled for October 11, 2005, at 11:00 A.M..  Undersigned counsel received the notice and did not immediately realize he had overlooked a scheduling conflict.  Counsel for Mr. Shedrick later realized that he has a motions hearing scheduled that day at 10:00 A.M. before Judge Lamberth in *United States v. Gerald Eiland*, et al., a multi-defendant case.[1]

---

[1]  Counsel did not immediately realize that the 9:30 A.M. matter that day was a motions hearing in a multi-defendant case.  Once counsel realized the conflict, efforts were made to re-schedule the matter informally. Counsel would note that the motions hearing in *Eiland*  has since been re-scheduled by the Court from 9:30 A.M. to 10:00 A.M.

3.  Counsel has left messages with the Court's courtroom clerk with the hope that the matter could be re-scheduled informally, particularly since the matter was not set in court with counsel present.  However, counsel has been unsuccessful to date in his attempts to speak with the clerk.  Recognizing that  Monday October 10th is a court holiday, counsel decided to file a motion this evening in order to try to get the conflict resolved prior to the end of business on Friday October 7th.

4.  Counsel was also unable to reach AUSA Emory Cole this evening to get his position on defendant's request to re-schedule the plea hearing.  However, counsel believes that the conflict was discussed with Mr. Cole when it first came to light, and Mr. Cole was not opposed to a request to re-schedule the matter.

WHEREFORE, for all the reasons set forth above, the defendant respectfully requests that the Court re-schedule the plea hearing in the above-captioned case to a mutually agreeable date and time.

Respectfully submitted,

/s/
Howard B. Katzoff (Bar No. 348292)
601 Indiana Avenue, NW  Suite  500
Washington, D.C.  20004
(202) 783-6414
Counsel for Richard Shedrick

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served electronically upon Assistant United States Attorney Emory Cole, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C.  20001, and defense counsel of record this ___6th___ day of October, 2005.

/s/
_____
Howard B. Katzoff