UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIM. NO. 05-363 (RMU) |
| | ) | |
| | ) | |
| RICHARD SHEDRICK | ) | |

**ORDER**

This Court has considered the defendant's Motion to Re-Schedule the Plea Hearing, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ of _____ , 2005,

ORDERED, that Defendants' Motion To Re-Schedule is hereby GRANTED, and it is

FURTHER ORDERED that the Plea Hearing is re-scheduled to_____ , 2005, at _____ A.M. / P.M..

SO ORDERED.

_____
RICHARD J. LEON
UNITED STATES DISTRICT COURT

Copies to:

Howard B. Katzoff, Esq.
601 Indiana Ave., N.W. , Suite 500
Washington, D.C. 20004

AUSA Emory Cole
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530