**FILED**

AO 455 (Rev. 5/85) Waiver of Indictment ⊕

NOV. 3, 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

———————————— DISTRICT OF ————————————

UNITED STATES OF AMERICA

V.

RICHARD SHEDRICK

## WAIVER OF INDICTMENT

CASE NUMBER:   05-363

I,   RICHARD SHEDRICK   , the above named defendant, who is accused of

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE IN VIOLATION
OF 48 D.C. CODE 904.01(a)(1).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on ~~February 05~~ 11/3/05   HK/RS   prosecution by indictment and consent that the
                              *Date*

proceeding may be by information rather than by indictment.

Richard Shedrick III
*Defendant*

*Counsel for Defendant*

Before