

U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 19, 2005

**VIA FACSIMILE**

Mr. Howard Katzoff, Esq.
601 Indiana Avenue, N.W., Suite 500
Washington, D.C. 20004
Fax: 628-2881

FILED
NOV 3 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 05-363

Re:   United States v. **RICHARD SHEDRICK**,     7 (RJL)

Dear Mr. Katzoff:

This letter confirms the agreement between your client, Richard Shedrick, and the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the plea agreement. The terms of the offer are as follows:

**Richard Shedrick's Obligations, Acknowledgments and Waivers:**

1. Your client, Richard Shedrick, agrees to waive the right to return of an indictment by a grand jury, and agrees to admit guilt and to enter a plea of guilty to Count Two in a superseding criminal information that will be filed in the above captioned case. The criminal information will charge the following criminal conduct:

Count One: Unlawful Possession With Intent to Distribute Cocaine Base and Aiding and Abetting, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and Title 18, U.S.C. § 2.

Count Two: Unlawful Possession With Intent to Distribute Cocaine Base, in violation of D.C. Code Section 48-904.01 (2001). Your client understands that the charge carries a maximum penalty of up to 30 years imprisonment, and a $500,000 fine.

2. Your client understands that the Court may utilize the District of Columbia Sentencing Commission's Voluntary Sentencing Guidelines in imposing the sentence in this case. Your client further understands that the sentencing range under the Voluntary Superior Court Sentencing Guidelines will be based on the offenses of convictions and his criminal history.

3. Your client agrees and will acknowledge at the time of the plea of guilty to the criminal charge stated above that he possessed 1.4 grams of cocaine base, also known as crack, as set forth in the attached factual proffer.

4. Your client understands and acknowledges that the terms of this agreement apply only to conduct that occurred prior to the execution of this agreement. Should your client commit any conduct after the date of this agreement that would form the basis for an increase in your client's base offense level or justify an upward departure under the Voluntary Superior Court Sentencing Guidelines (examples of which include but are not limited to, obstruction of justice, failure to appear for a court proceeding, criminal conduct while pending sentencing, and false statements to law enforcement agents, the probation officer or Court), the Government is free under this agreement to seek an increase in the base offense level based on that post-agreement conduct.

5. In addition, your client agrees to waive your client's interest, if any, in and not to contest the administrative forfeiture of the following property: U.S. currency recovered $368.00 and firearms and ammunition, as property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of illegal drug trafficking and/or property used or intended to be used to commit or to facilitate illegal drug trafficking. Your client acknowledges and agrees that the Government reserves its right to bring a civil action(s), if necessary, in any jurisdiction for the forfeiture of any of your client's assets, real or personal, that are subject to forfeiture pursuant to any federal statute.

6. Your client acknowledges that while the Government will not seek a change in your client's release conditions pending sentencing, the final decision regarding your client's bond status or detention will be made by the Court at the time of your client's plea of guilty.

7. Your client understands that the Court may utilize the District of Columbia Sentencing Commission's Voluntary Sentencing Guidelines in imposing the sentence in this case. The Government reserves the right to allocute at your client's sentencing in this case. In addition, the Government and your client agree that neither party will seek an upward or downward departure outside of your client's applicable guideline range.

8. In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense to which your client is pleading guilty; the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an

attorney at trial; and the right to confront and cross-examine witnesses. Moreover, your client waives any right he may have for a jury to determine any and all facts relevant to the application of any Voluntary Superior Court Sentencing Guidelines provisions. In addition, to the extent they are not otherwise agreed to by the parties in this agreement or accompanying proffer of evidence, your client consents to a determination of any and all facts relevant to the application of any Voluntary Superior Court Sentencing Guidelines provision and the application of any and all Voluntary Superior Court Sentencing Guidelines factors by the United States District Judge. Your client further agrees that the District Judge should make any Voluntary Superior Court Sentencing Guidelines determinations.

9. Your client further understands that this agreement is binding on the Government and is not binding on the Court. Any sentence to be imposed is a matter is solely within the discretion of the Court. Your client acknowledges that although the Government will not oppose your client's request that he be sentenced to a period of probation for whatever guideline range is determined by the Court, the Court is not obligated to follow any recommendation of the Government at the time of sentencing.

10. Your client understands that if in this plea agreement the Government has agreed to recommend or refrain from recommending to the Court a particular resolution of any sentencing issue, the Government reserves its right to full allocution in any post-sentence litigation in order to defend the Court's ultimate decision on such issues. Your client further understands that the Government retains its full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons. In addition, your client acknowledges that the Government is not obligated and does not intend to file any downward departure sentencing motion or any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

11. Your client understands and agrees that if the Court accepts the plea agreement, your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence imposed. Such a motion to withdraw shall constitute a breach of this agreement.

## The Government's Obligations, Acknowledgments and Waivers:

12. The Government will request that the Court dismiss the pending indictment in this case as well as Count One in the pending Superceding Information in this case at the time of sentencing. Your client, however, agrees and acknowledges that the charges and the case to be dismissed at the time of sentencing were based in fact.

13. The Government agrees not to oppose your client's position at sentencing that he should get credit for acceptance of responsibility, provided that your client cooperates and is truthful and

candid during the pre-sentence investigation, and does not attempt to obstruct justice, deceive, withhold, or otherwise mislead any law enforcement agent, the Court, the Probation Office or the Government concerning any issue relevant to the imposition of sentence. Your client understands and acknowledges that the failure of the Court to sentence your client in accordance with the terms of this paragraph shall not be grounds for your client to withdraw his/her the plea of guilty in this case.

General Conditions

14. This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia. This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

15. This agreement only binds the United States Attorney's Office for the District of Columbia. It does not bind any other United States Attorney's Office or any other office or agency of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, the Internal Revenue Service of the United States Department of the Treasury; or any state or local prosecutor. These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

16. There are no other agreements, promises, understandings or undertakings between your client and this Office. Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

Sincerely yours,

KENNETH L. WAINSTEIN.
UNITED STATES ATTORNEY

Emory V. Cole
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read this plea agreement and have discussed it with my attorney, Howard Katzoff, Esquire. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: 11/3/05

Richard Shedrick
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully. These pages accurately and completely sets forth the entire plea agreement.

Date: 11/3/05

Howard Katzoff, Esquire
Attorney for the Defendant