V.   PROFFER OF FACTS:

The government's evidence would show that, on December 10, 2004, at about 5:15 p.m., sworn Metropolitan Police Department officers executed a search warrant at apt 204, Washington, D.C. Upon gaining entry, the officers observed the above mentioned defendant inside that location where, *inter alia*, 10 plastic bags weighing 1.4 grams of cocaine base, also known as crack were recovered from a cabinet in the kitchen. The evidence would show that the defendant, Richard Shedrick, possessed (actual and/or constructively) that bags of cocaine base prior to the entry by the law enforcement officers into the apartment. Also recovered were other contraband, a digital scales, empty zip lock bags and U.S. Currency. The evidence would show that the amount of the cocaine base, also known as crack, recovered is an amount commonly indicating that it was going to be sold to others rather than exclusively used by defendant. A final count of the U.S. currency recovered was determined to be $368.00. The essential elements of this offense, each of which the government would prove beyond a reasonable doubt, are:

1.   That the defendant possessed a controlled substance;

2.   That the defendant did so knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently.

3.   That when the defendant possessed the controlled substance, he had the specific intent to distribute it. Distribute means to transfer or attempt to transfer to another person.

Limited Nature of Proffer

This proffer of evidence is not intended to constitute a complete statement of all facts known, but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for defendant's plea of guilty to the charged offense.

Sincerely yours,

KENNETH L. WAINSTEIN.
UNITED STATES ATTORNEY

_____
Emory V. Cole
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by mail upon the attorney for the defendant, this September 19, 2005.

_____
EMORY V. COLE
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read the Proffer of Evidence setting forth the facts as to my guilty plea to Unlawful Possession With Intent to Distribute Cocaine Base, in violation of D.C. Code Section 48-904.01 (2001). I have discussed this proffer fully with my attorney, Howard Katzoff, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 11/03/05

_____
Richard Shedrick
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's guilty plea to Unlawful Possession With Intent to Distribute Cocaine Base, in violation of D.C. Official Code Section 48-904.01 (2001). I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 11/3/05

_____
Howard Katzoff, Esquire
Counsel for Defendant