HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 05-363-01 |
| vs. | : | SSN: _____ |
| SHEDRICK, Richard | : | Disclosure Date: December 22, 2005 |

**RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT**

FILED
JAN 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

(X) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     1/6/06
Prosecuting Attorney                Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

| Defendant | Date | Defense Counsel | Date |
|---|---|---|---|

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **January 6, 2005**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**