UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v.   ) | **CR. NO. 05 -363  (RJL)** |
| ) | |
| ) | |
| **RICHARD SHEDRICK**   ) | |

**ORDER**

The Court has reviewed defendant's Unopposed Motion To Modify Conditions of Probation, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ day of _____, 2006

ORDERED, that defendant's Motion to Modify Conditions of Probation is GRANTED.

SO ORDERED.

_____
RICHARD J.  LEON
UNITED STATES DISTRICT COURT

COPIES TO:
Howard B. Katzoff, Esq.
601 Indiana Ave., N.W. , Suite  500
Washington, D.C.  20004

Emory Cole, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20001

United States Probation Officer David Antezana
United States Probation Officer Danny Thomas