UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-363 (RJL) |
| | ) | |
| RICHARD SHEDRICK | ) | |

FILED

APR 7 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER MODIFYING CONDITIONS OF PROBATION

The Court, having considered defendant's Unopposed Motion To Modify Conditions of Probation, hereby modifies the defendant's conditions of probation as follows:

Defendant shall be on home detention for the remainder of the 6 month period without electronic monitoring;

Defendant shall continue to have a curfew of 8:00 p.m to 7:00 a.m. during the remainder of the 6 month period, which shall be adjusted to accommodate defendant's employment schedule. In order to enforce the curfew the defendant shall be required to do the following: On work days he shall call his probation officer from home one (1) hour before his shift begins and provide his work schedule for the day; he shall be home no later than two (2) hours after his shift is over; and he shall call his probation officer when he gets home. On days when he does not work, he is to comply with the curfew and is required to call his probation officer when he leaves his home and call his probation officer when he returns home;

Defendant shall submit to weekly drug testing for the next four weeks, and then submit to random drug testing thereafter as directed by the probation department.

All other conditions of probation supervision shall remain in effect.

SO ORDERED.

_4/7/06_
DATE

_____
RICHARD J. LEON
UNITED STATES DISTRICT COURT

- 2 -

COPIES TO:

Howard B. Katzoff, Esq.
601 Indiana Ave., N.W., Suite 500
Washington, D.C. 20004

Emory Cole, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001

United States Probation Officer David Antezana